# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER,<br><br>        Plaintiff,<br><br>    v.<br><br>YATES et. al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01401-LJO DLB PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. 16) |

Plaintiff Christopher S. Rider ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 14, 2007.

**I.    Plaintiff's Motion for Default Judgment**

On February 28, 2008, plaintiff filed a motion for default judgment (Doc. 16). Plaintiff's motion is premature.

By order filed October 15, 2007, plaintiff was advised that the court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Further, plaintiff was advised that the court will direct the United States Marshal to serve the complaint only after it has determined that the complaint contains cognizable claims for relief against the named defendants; and that the court has not yet screened plaintiff's complaint, but will do so in due course. Despite the court's explanation

of the procedure that will govern this action, plaintiff filed a motion seeking default judgment against defendants. Defendants have not yet been served and plaintiff's motion is premature. Therefore, plaintiff's motion for default judgment is HEREBY DENIED.

**II.     Screening Requirement**

The court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief as against defendants J.L. Scott and N. Greene.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    SERGEANT N. GREENE

    LIEUTENANT J.L. SCOTT

2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed September 14, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed complaint filed September 14, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's claims against defendants Warden Yates and N. Grannis be dismissed for failure to state a claim upon which relief may be granted.

of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated: **June 5, 2008**              /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE