# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER, | CASE NO. 1:07-cv-01401- LJO DLB PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 18). |
| YATES, et al., | |
| Defendants. | |

Plaintiff Christopher S. Rider ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 14, 2007.

On June 6, 2008, the Magistrate Judge filed a Findings and Recommendations recommending that this action proceed only against defendants Scott and Greene, and that defendants Yates and Grannis be dismissed from this action. The Findings and Recommendations was served on plaintiff and contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file an Objection to the Findings and Recommendations. However, on June 12, 2008, plaintiff filed a first amended complaint, where plaintiff names Yates, Scott and Greene as defendants, and also includes three other defendants not previously named. N. Grannis is no longer listed as a defendant. (Doc. 20).

Although plaintiff has not filed an objection, the court shall vacate the Findings and Recommendations, and proceed by screening plaintiff's first amended complaint. 28 U.S.C.

1

§ 1915A(a). Accordingly, the Findings and Recommendations issued June 6, 2008 are HEREBY VACATED. The court has a large number of prisoner civil rights cases pending before it and will screen plaintiff's amended complaint in due course.

IT IS SO ORDERED.

Dated:   **August 11, 2008**          /s/ **Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE