# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREENE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01401- LJO DLB PC<br><br>ORDER STRIKING MOTION FOR WRIT OF MANDATE<br><br>(Doc. 17) |

Plaintiff Christopher S. Rider ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 28, 2008, plaintiff filed a motion for a writ of mandate (Doc. 17). Plaintiff lists five case numbers in the caption, and in his motion, seeks a court order mandating relief from defendants from all five actions.

In the First Informational Order issued by this court on October 5, 2007, plaintiff was expressly advised:

> Where plaintiff simultaneously pursues more than one action, he or she must file separate original documents and the appropriate number of copies in each action to which the document pertains. <u>Documents submitted listing more than one case number in the caption will be stricken.</u> (emphasis in original).

Plaintiff's motion for writ of mandate, filed February 28, 2008 is HEREBY STRICKEN. Plaintiff may re-file his motion; however, he must limit his request to the defendants and events giving rise to this particular action.

IT IS SO ORDERED.

Dated:　**August 11, 2008**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1