# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER, | CASE NO. 1:07-cv-01401-LJO-DLB PC |
| Plaintiff, | ORDER REGARDING FINDINGS AND RECOMMENDATIONS |
| v. | |
| JAMES YATES, et al, | (Doc. 24) |
| Defendants. | |

  Plaintiff Christopher S. Rider ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On August 13, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. (Doc. 24.) Plaintiff filed an Objection to the Findings and Recommendations on September 5, 2008. (Doc. 27.)

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. In his objections, Plaintiff raises new allegations against defendants Warden Yates, Associate Warden Williams, Appeals Coordinator Shannon, and Voss, that were not previously raised in Plaintiff's amended complaint. These allegations may state a cognizable claim. The Court will grant Plaintiff one final opportunity to amend his complaint. Pursuant to the Local Rules of the Court, Plaintiff is forewarned that "every pleading to which an amendment or supplement . . . has been allowed by Court order . . . shall be retyped

and filed so that it is complete in itself without reference to the prior or superseded pleading."
Local Rule 15-220.

        Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's first amended complaint is dismissed, with leave to amend;
2. The Clerk's Office shall send Plaintiff a civil rights complaint form;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff must file an amended complaint;
4. Plaintiff may not add any new, unrelated claims to this action via his amended complaint and any attempt to do so will result in an order striking the amended complaint; and
5. If Plaintiff fails to comply with this order, this action will be dismissed for failure to obey a court order.

IT IS SO ORDERED.

**Dated:**   February 26, 2009            /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE