1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  CHRISTOPHER S. RIDER,                  CASE NO. 1:07-cv-01401-LJO-DLB PC

10                 Plaintiff,             ORDER STRIKING PROPOSED SECOND
                                          AMENDED COMPLAINT
11        v.

12  JAMES YATES, et al,                   (Doc. 28)

13                 Defendants.
                                    /
14

15        Plaintiff Christopher S. Rider ("Plaintiff") is a state prisoner proceeding pro se and in

16  forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 2, 2008, the

17  Clerk's Office lodged Plaintiff's proposed second amended complaint.  (Doc. 28.)  Plaintiff may

18  amend his complaint once as a matter of course.  Fed. R. Civ. P. 15(a)(1).  "In all other cases, a

19  party may amend its pleading only with . . . the court's leave."  Id. at 15(a)(2).  The Court

20  screened Plaintiff's first amended complaint on August 13, 2008, and recommended that this

21  action proceed against certain defendants.  (Doc. 24.)  The Court did not grant Plaintiff leave to

22  file a second amended complaint, and will thus strike Plaintiff's proposed second amended

23  complaint.[1]

24

25        [1] The Court out of an abundance of caution has read Plaintiff's proposed second amended complaint.
Plaintiff adds additional defendants, and raises new allegations concerning an alleged incident not previously alleged
26  in Plaintiff's first amended complaint.  Plaintiff also fails to allege the facts previously alleged in Plaintiff's first
amended complaint.  Even if the Court had granted Plaintiff leave to amend, Plaintiff would have violated the Local
27  Rules of this Court, which require that "every pleading to which an amendment or supplement . . . has been allowed
by Court order . . . shall be retyped and filed so that it is complete in itself without reference to the prior or
28  superseded pleading."  Local Rule 15-220.

1

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's proposed second amended complaint, lodged on October 2, 2008, is STRICKEN;

2.    The Clerk's Office shall scan Plaintiff's proposed second amended complaint in its entirety to make the Court's record complete; and

3.    The Clerk's Office shall return Plaintiff's proposed second amended complaint to the Plaintiff.

IT IS SO ORDERED.

**Dated:**   **February 26, 2009**        /s/ **Dennis L. Beck**

UNITED STATES MAGISTRATE JUDGE