# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YATES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.: 1:07-cv-01401-LJO-DLB (PC)<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF<br><br>(Doc. 36) |

　　　Plaintiff Christopher S. Rider ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act of 2000.

　　　The Court screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief against defendants J. L. Scott, Huckabee, Rangel, and Deathridge.[1]

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　Service is appropriate for defendants

　　　　　　Sgt. Huckabee

　　　　　　C/O A. Rangel

　　　　　　C/O S. Deathridge

---

[1] In a Findings and Recommendations issued concurrently with this order, the Court recommended that Plaintiff's claims against defendants Lockwood, Yates, Shannon, Voss, N. Greene, and Williams be dismissed for failure to state a claim upon which relief may be granted. Defendant J. L. Scott has already appeared in this case.

1

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed April 9, 2009.

3. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Four (4) copies of the endorsed second amended complaint filed April 9, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a recommendation of dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **October 27, 2009**             /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE