# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER, | CASE NO. 1:07-cv-01401-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS |
| v. | |
| YATES, et al., | (Doc. 38) |
| Defendants. | |

Plaintiff Christopher S. Rider ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 29, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed October 29, 2009, is adopted in full;

2.    This action proceed against Defendants Huckabee, Scott, Rangel, and Deathridge for violation of the Free Exercise Clause of the First Amendment and The Religious

1

1   Land Use and Institutionalized Persons Act of 2000; against Defendants Huckabee, Rangel, and Deathridge for violation of the Due Process Clause of the Fourteenth Amendment for Plaintiff's religious property; and against Defendant Scott for violation of the Equal Protection Clause of the Fourteenth Amendment; and

3.   Defendants Lockwood, Yates, Shannon, Voss, Williams, M. Davis and N. Greene are dismissed from this action for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   December 14, 2009**                    **/s/ Lawrence J. O'Neill**
                                                                   UNITED STATES DISTRICT JUDGE