# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S. RIDER, | CASE NO. 1:07-cv-01401-LJO-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR |
| v. | FAILURE TO OBEY COURT ORDER |
| YATES, et al., | (Doc. 39) |
| Defendants. | RESPONSE DUE WITHIN 20 DAYS |

Plaintiff Christopher S. Rider ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation, proceeding pro se and in forma pauperis in this civil rights action. On October 29, 2009, the Court sent Plaintiff service documents and ordered Plaintiff to complete and return them. As of the date of this order, Plaintiff has not complied or otherwise responded. Accordingly, the Court HEREBY ORDERS Plaintiff to show cause within twenty (20) days why this action should not be dismissed for failure to obey a court order. The failure to timely respond to this order will result in a recommendation of dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:    June 17, 2010             /s/ Dennis L. Beck
                                                 UNITED STATES MAGISTRATE JUDGE

1